ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

4:00-6:00
MAY 1 8 2006
DROP BOX

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| LES BAILEY AND<br>L.A.B. PROJECT RESOURCE<br>GROUP, INC., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **4-06 C V - 3 4 4 - Y** |
| vs. | § | CIVIL CASE NO. _____ |
| | § | |
| RAPID MAT, LLC, COLT DEFENSE,<br>LLC, COLT RAPID MAT, LLC,<br>ROBERT TIMOTHY TAPP, AND<br>WILLIAM M. KEYS, | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

Defendants Colt Defense, LLC, Colt Rapid Mat, LLC, Robert Timothy Tapp, and William M. Keys (collectively, "Removing Defendants") file this Notice of Removal and would respectfully show the Court the following:

**A.    Introduction**

1.    On April 18, 2006, Les Bailey and L.A.B. Project Resource Group, Inc. (collectively, "Plaintiffs") filed an action against Rapid Mat, LLC and the Removing Defendants (collectively, "Defendants") for a fraudulent transfer of assets, recovery of attorneys fees, and exemplary damages. This action was filed in the 415th Judicial District Court of Parker County, Texas, and was styled *Les Bailey & L.A.B. Project Resource Group, Inc. v. Rapid Mat, LLC, Colt Defense, LLC, Colt Rapid Mat, LLC, Robert Timothy Tapp & William M. Keys*, Cause No. CV06-0802.

2.    The Removing Defendants have filed this notice of removal within the thirty-day time period required by 28 U.S.C. § 1446(b).

**B.**     **Basis for Removal**

3.     The amount in controversy in this suit is in excess of $75,000, exclusive of interest and costs, as demonstrated by the following:

      a.     Plaintiffs claim that on February 19, 2004, a judgment was rendered "in favor of Plaintiffs and against Defendant Judgment Debtor [Rapid Mat, LLC], in the amount of $845,217.45," which judgment "remains unpaid." Plaintiffs claim that they perfected a "lien against Defendant Judgment Debtor's nonexempt real property located in Parker County, Texas," and that "Defendant Judgment Debtor agreed to convey all assets to Defendant Transferees [Removing Defendants], in lieu of foreclosure of those assets by Defendant Transferees." (*See* Plaintiff's Original Petition For Fraudulent Transfer Action ("Petition") at ¶¶ 26-27.) The amount at issue has an alleged value more than $75,000.00.

      b.     Plaintiffs also claim that, pursuant to Tex. Bus. & Com. Code § 24.013, they "are entitled to recover all reasonable and necessary attorneys fees, including those incurred through appeal." (Petition at ¶ 30.)

      c.     Plaintiffs further claim that, pursuant to Tex. Civ. Prac. & Rem. Code § 41.001, "they are entitled to exemplary damages." (Petition at ¶ 31.)

      d.     While Defendants dispute the accuracy of these allegations, these allegations facially reveal an amount in controversy in excess of $75,000 exclusive of interests and costs.

4.     The Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1332(a)(2) because the amount in controversy surpasses the threshold of 1332(a) and all Defendants are citizens of different states within the meaning of 28 U.S.C. § 1332. Specifically,

a.     Plaintiff, Les Bailey, is an individual citizen of Texas residing in Weatherford, Texas (*see* Petition at ¶ 2.a.);

b.     Plaintiff, L.A.B. Project Resource Group, Inc., is a Texas corporation with its principal place of business in Weatherford, Texas (*see* Petition at ¶ 2.b.);

c.     Defendant Rapid Mat, LLC, is a Nonresident Limited Liability Company (*see* Petition at ¶ 2.c.). The members of Defendant Rapid Mat, LLC are:

    i.   John Rigas, who is a citizen of New York residing in New York City, New York;

    ii.  Donald Zilkha, who is a citizen of New York residing in New York City, New York; and

    iii. Robert T. Tapp, who is a citizen of Virginia residing in McLean, Virginia.

d.     Defendant Colt Defense, LLC, is a Nonresident Limited Liability Company (*see* Petition at ¶ 2.d.). The members of Defendant Colt Defense, LLC are listed on the attached Exhibit A and are citizens of the state corresponding to the entry of each member listed on Exhibit A residing in the location corresponding to the entry of each member listed on Exhibit A.

e.    Defendant Colt Rapid Mat, LLC, is a Nonresident Limited Liability Company (*see* Petition at ¶ 2.e.). The sole member of Defendant Colt Rapid Mat, LLC is Defendant Colt Defense LLC, whose citizenship is addressed in the previous paragraph.

f.    Defendant Robert Timothy Trapp is an individual nonresident of Texas (*see* Petition at ¶ 2.f.) who is a citizen of Virginia residing in Mclean, Virginia.

g.    Defendant William M. Keys is an individual nonresident of Texas (*see* Petition at ¶ 2.g.) who is a citizen of Virginia residing in Hume, Virginia.

5.    Accordingly, the Removing Defendants may remove this case under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332(a)(2).

6.    Additionally, under 28 U.S.C. § 1367(a), this Court has supplement jurisdiction over the Plaintiff's claims for attorney fees and exemplary damages because those claims are so related to the claim for a fraudulent transfer that they form part of the same case or controversy.

7.    This Court is appropriate for purposes of removal under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

8.    Pursuant to 28 U.S.C. § 1446(a) and Northern District Local Rule 81.1(a)(3), copies of all process, pleadings and orders, including the state court docket sheet as required by Northern District Local Rule 81.1(a)(3)(B), are attached to this notice as Exhibit B.

9.    Pursuant to 28 U.S.C. § 1446(d), a copy of the written notice addressed to the adverse parties and the 415th District Court, Parker County, Texas is attached hereto as Exhibit C.

10. Pursuant to Northern District Local Rule 81.1(a)(4), a separately signed certificate of interested persons is attached as Exhibit D.

11. The Defendants who have been properly served at the time this removal notice is filed will file their written consent to removal separately. *See Getty Oil Corp. v. Ins. Co. of N. Am.*, 841 F.2d 1254, 1262 n.11 (5th Cir. 1988) (consent to removal requires only a "written indication from each served defendant, or from some person or entity purporting to formally act on its behalf in this respect and to have authority to do so, that it has actually consented to such action."). This consent can be filed up to "thirty days from the day on which the first defendant was served." *See id.* at 1263.

12. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

13. Nothing has transpired in the State Court Action other than the service of Plaintiff's Original Petition. The State Court Action clearly is in its infancy, and the removal of this case to Federal Court would not be prejudicial to any party.

## IV. Conclusion

14. Because the amount in controversy surpasses $75,000 exclusive of interests and costs, all of the Defendants are citizens of a different state, this case is properly removable under 28 U.S.C. sections 1332, 1441, and 1446.



Dated: May 18, 2006

Respectfully submitted,

By: _____
      Craig B. Florence, Attorney-in-charge
      Texas Bar No. 07158010
      Barry Golden
      Texas Bar No. 24002149
      1601 Elm Street
      3000 Thanksgiving Tower
      Dallas, Texas 75201-4761
      (214) 999-3000 (telephone)
      (214) 999-4667 (facsimile)
      CFolorence@gardere.com (e-mail)
      BGolden@gardere.com (e-mail)
      **ATTORNEYS FOR DEFENDANTS**
      **COLT DEFENSE, LLC,**
      **COLT RAPID MAT, LLC,**
      **ROBERT TIMOTHY TAPP, AND**
      **WILLIAM M. KEYS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served upon

the following—as an attachment to the Notice of Filing Notice of Removal filed in the 415th

District Court, Parker County, Texas—on this 18th day of May 2006.

Phil King                                    **Via First-Class Mail**
King & King, P.C.
2110 Fort Worth Highway
Weatherford, Texas 76086
*Attorneys for Plaintiffs Les Bailey and L.A.B. Project Resource Group, Inc.*

R. Joseph Naus                               **Via First-Class Mail**
Wiener, Weiss & Madison, APC
333 Texas Street, Suite 2350
P.O. Box 21990
Shreveport, Louisiana 71120-1990
*Attorneys for Defendant Rapid Mat, LLC*

_L. B. Jl_
CRAIG B. FLORENCE

# EXHIBIT A

## COLT DEFENSE LLC

### Members of Record
### As of May 16, 2006

| Member Name | State of Citizenship / Incorporation / Organization | City & State of Residence / Principal Place of Business |
|---|---|---|
| Colt Defense Holding LLC | Delaware | Connecticut |
| Colt Defense Employee Plan Holding Corp. | Delaware | Connecticut |
| Connecticut Development Authority | Connecticut | Connecticut |
| William M. Keys | Virginia | Hume, VA |
| Joyce M. Rubino | Ohio | Akron, OH |
| Michael P. Reissig | Connecticut | Enfield, CT |
| John F. Young | Massachusetts | West Springfield MA |
| Kevin J. Brown | Connecticut | Willington, CT |
| John M. Magourik | Connecticut | Tolland, CT |
| John B. Ibbotson | Connecticut | Moodus, CT |
| Thomas C. Moore | Connecticut | West Simsbury, CT |
| John P. Rigas | New York | New York City, NY |
| Daniel J. Standen | New York | New York |
| Cape Doro Ltd. | New Jersey | New Jersey |
| Brenet International Group, LLC | California | California |
| Baker Nye L.P. | New York | New York |
| John R. Torell III | New York | Bronxville, NY |
| Donald Young | New York | New York |





| Charles Ayers | New York | New York, NY |
|---|---|---|
| M. Howard Jacobson | Massachusetts | Westborough, MA |
| Bernhard Trust B | New York | New York |
| Richard B. Nye | New York | East Hampton, NY |
| Carlton S. Chen | Connecticut | Wilton, CT |
| James R. Battaglini | Connecticut | West Hartford, CT |
| Athlos (US) Investments, Inc. | Florida | Florida |
| Vartan Aznavoorian II | New York | New York City, NY |
| Cirque Investments LLC | Florida | Florida |
| Robert E. Patricelli | Connecticut | Avon, CT |
| Clifford P. Smallman | New York | New York City, NY |
| Michael A. Standen | Florida | Naples, FL |
| Oliver Wriedt | New York | New York City, NY |
| Brown Finance Ltd. | Greece | Athens, Greece |
| A. David & A. I. Leventis, as Joint Tenants | Greece | Athens, Greece |
| MGS S.A. | Greece | Athens, Greece |
| Newlyn, Ltd. | Greece | Athens, Greece |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LES BAILEY AND** | § | |
| **L.A.B. PROJECT RESOURCE** | § | |
| **GROUP, INC.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | |
| | § | CASE NO. _____ |
| **RAPID MAT, LLC, COLT DEFENSE,** | § | |
| **LLC, COLT RAPID MAT, LLC,** | § | |
| **ROBERT TIMOTHY TAPP, AND** | § | |
| **WILLIAM M. KEYS,** | § | |
| | § | |
| **Defendants.** | § | |

## INDEX

| Tab | Name of Document | Date Filed in State Court |
|---|---|---|
| 1 | Docket Sheet | April 18, 2006 |
| 2 | Plaintiff's Original Petition | April 18, 2006 |
| 3 | Certificates of Service | April 24, 2006 |

---

**INDEX TO NOTICE OF REMOVAL**                                         **Page 1**

# CIVIL DOCKET - CAUSE NO.  CV06-0802

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP,INC. | Phil King 817-596-8100 | CONTRACT SUIT | 04/18/2006 |
| vs. | | | JURY FEE: $ |
| RAPID MAT,LLC, COLT DEFENSE,LLC, COLT RAPID MAT,LLC, ROBERT TIMOTHY TAPP AND WILLIAM M. KEYS | | | PAID BY: |

| DATE OF ORDERS Month/Day/Year | | ORDERS OF THE COURT | MINUTE BOOK VOL.   PAGE | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

State of Texas
County of Parker

I certify that the foregoing, consisting of _____ pages, is a true, correct and complete copy of the instrument of record in my possession. This _____ day of _____ 20__

ELVERA M. JOHNSON, DISTRICT CLERK

By _____ Deputy

RECEIVED AND FILED
ON RECORD
AT 1:41 O'CLOCK P M
APR 1 8 2006
ELVERA M. JOHNSON, District Clerk
PARKER COUNTY, TEXAS
By _____

NO. _CV06.0802_

| | |
|---|---|
| LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP, INC. Plaintiffs, | § § § § |
| | § |
| V. | § § |
| | § |
| RAPID MAT, LLC, COLT DEFENSE, LLC, COLT RAPID MAT, LLC, ROBERT TIMOTHY TAPP AND WILLIAM M. KEYS Defendants. | § § § § § § |

IN THE DISTRICT COURT

_415TH_ JUDICIAL DISTRICT

OF PARKER COUNTY, TEXAS

## ORIGINAL PETITION FOR FRAUDULENT TRANSFER ACTION

1.    *Discovery Level.*      Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

2.    *Parties.*

a.    Plaintiff, Les Bailey, is an Individual whose address is 1909 Silverado Drive, Weatherford, Texas 76087.

b.    Plaintiff, L.A.B. Project Resource Group, Inc., is a Texas Corporation whose address is 2110 Fort Worth Highway, Weatherford, Texas 76086.

c.    Defendant Judgment Debtor Rapid Mat, LLC, a Nonresident Limited Liability Company, has conducted business in the State of Texas. Defendant Rapid Mat, LLC is not required by statute to designate or maintain a registered agent for service of process in the State of Texas. This lawsuit arises out of the business done in this state and to which said Defendant is a party. Therefore, under Section 17.044 of the Texas Civil Practice and Remedies Code, substituted service on Defendant should be made by serving the Secretary of State of Texas, Statutory Documents Section, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079, and forwarded to Defendant's

home office at 816 Connecticut Avenue, N.W., Washington, DC 20006. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

      d.      Defendant Transferee Colt Defense, LLC, a Nonresident Limited Liability Company, may be served by and through its attorney, Steven M. Greenspan, who has agreed to accept service at Day, Berry & Howard, LLP, City Place I, Hartford, CT 06103. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

      e.      Defendant Transferee Colt Rapid Mat, LLC, a Nonresident Limited Liability Company, may be served by and through its attorney, Steven M. Greenspan, who has agreed to accept service at Day, Berry & Howard, LLP, City Place I, Hartford, CT 06103. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

      f.      Defendant Transferee Robert Timothy Tapp, an Individual who is a nonresident of Texas, engages or has engaged in business in this state, but does not maintain a regular place of business or a designated agent for service of process. This lawsuit arises out of the business done in this state and to which said Defendant is a party. Therefore, under Section 17.044 of the Texas Civil Practice and Remedies Code, substituted service on Defendant should be made by serving the Secretary of State of Texas, Statutory Documents Section, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079, and forwarded to Defendant's home or home office at 1066 31st Street NW, Canal Square, Suite 150, Washington, DC 20007. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

      g.      Defendant Transferee William M. Keys, an Individual who is a nonresident of Texas, engages or has engaged in business in this state, but does not maintain a regular place of business or a designated agent for service of process. This lawsuit arises out of the business done in this state and to which said Defendant is a party. Therefore, under Section 17.044 of the Texas Civil

Practice and Remedies Code, substituted service on Defendant should be made by serving the Secretary of State of Texas, Statutory Documents Section, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079, and forwarded to Defendant's home or home office at 547 New Park Avenue, West Hartford, CT 06110. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

3.       This court has jurisdiction over Defendant Rapid Mat, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Rapid Mat, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

4.       Plaintiffs would show that Defendant Rapid Mat, LLC had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

5.       Plaintiffs would also show that the cause of action arose from or relates to the contacts of Defendant Rapid Mat, LLC to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

6.       Furthermore, Plaintiffs would show that Defendant Rapid Mat, LLC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant contracted with a Texas resident and committed a tort in whole or in part in Texas.

7.       Specifically, Rapid Mat, LLC contracted with Plaintiffs, Texas residents, then breached that contract. Plaintiffs obtained a judgment in Texas district court against this Defendant in excess of $800,000.00. Rapid Mat, LLC then engaged in fraudulent transfer of assets to avoid payment to Plaintiffs, in violation of the Uniform Fraudulent Transfer Act, Bus. & Com. C. § 24.001

*et seq.*

8.     This court has jurisdiction over Defendant Colt Defense, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Colt Defense, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

9.     Plaintiffs would show that Defendant Colt Defense, LLC had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

10.     Plaintiffs would also show that the cause of action arose from or relates to the contacts of Defendant Colt Defense, LLC to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

11.     Furthermore, Plaintiffs would show that Defendant Colt Defense, LLC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

12.     Specifically, Colt Defense, LLC received assets in a fraudulent manner, in violation of the Uniform Fraudulent Transfer Act, Bus. & Com. C. § 24.001 *et seq.*

13.     This court has jurisdiction over Defendant Colt Rapid Mat, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Colt Rapid Mat, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

14.     Plaintiffs would show that Defendant Colt Rapid Mat, LLC had continuous and

systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

15.     Plaintiffs would also show that the cause of action arose from or relates to the contacts of Defendant Colt Rapid Mat, LLC to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

16.     Furthermore, Plaintiffs would show that Defendant Colt Rapid Mat, LLC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

17.     Specifically, Colt Rapid Mat, LLC received assets in a fraudulent manner, in violation of the Uniform Fraudulent Transfer Act, Bus. & Com. C. § 24.001 *et seq*. Additionally, Colt Rapid Mat, LLC forms a "single business enterprise" with Colt Defense, LLC and Rapid Mat, LLC in that they have common personnel; common offices and facilities; centralized accounting practices and unclear allocation of profits and losses; the payment of wages and rendition of services by one corporation for the other; and/or a common business name.

18.     This court has jurisdiction over Defendant Robert Timothy Tapp, because said Defendant purposefully availed himself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Robert Timothy Tapp will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

19.     Plaintiffs would also show that the cause of action arose from or relates to the contacts of Defendant Robert Timothy Tapp to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

20.     Furthermore, Plaintiffs would show that Defendant Robert Timothy Tapp engaged in

activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil

Practice and Remedies Code, in that said Defendant contracted with a Texas resident and committed

a tort in whole or in part in Texas.

21.     Specifically, Robert Timothy Tap participated in the fraudulent transfer of assets to

avoid payment to Plaintiffs, in violation of the Uniform Fraudulent Transfer Act, Bus. & Com. C. §

24.001 *et seq.*

22.     This court has jurisdiction over Defendant William M. Keys, because said Defendant

purposefully availed himself of the privilege of conducting activities in the state of Texas and

established minimum contacts sufficient to confer jurisdiction over said Defendant, and the

assumption of jurisdiction over William M. Keys will not offend traditional notions of fair play and

substantial justice and is consistent with the constitutional requirements of due process.

23.     Plaintiffs would also show that the cause of action arose from or relates to the

contacts of Defendant William M. Keys to the state of Texas, thereby conferring specific jurisdiction

with respect to said Defendant.

24.     Furthermore, Plaintiffs would show that Defendant William M. Keys engaged in

activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil

Practice and Remedies Code, in that said Defendant committed a tort in whole or in part in Texas.

25.     Specifically, Defendant Keys participated in a fraudulent transfer of assets, in

violation of the Uniform Fraudulent Transfer Act, Bus. & Com. C. § 24.001 *et seq.*

26.     *Underlying Debt.*        On February 19, 2004, judgment was rendered in Cause No.

CIV03-52143-43, styled "L.A.B. PROJECT RESOURCE GROUP, INC. d/b/a B.E.I. and LES

BAILEY v. RAPID MAT, LLC AND RAPID MAT ET AL" in the 43rd Judicial District Court,

Parker County, Texas in favor of Plaintiffs and against Defendant Judgment Debtor, in the amount of

$845,217.45. The judgment remains unpaid. Plaintiffs perfected their lien against Defendant Judgment Debtor's nonexempt real property located in Parker County, Texas, by filing an abstract of judgment. Copies of the judgment and the recorded abstract of judgment are attached as Exhibits A and B respectively and incorporated by reference.

27. *Transfer.* On or about April 29, 2005, Defendant Judgment Debtor agreed to convey all assets to Defendant Transferees, in lieu of foreclosure of those assets by Defendant Transferees. The value of the assets conveyed is unknown at this time.

28. *Nature of Fraudulent Transfer.* The transfer referred to in paragraph 27 was a fraud against the rights of Defendant Judgment Debtor's creditors, because

    a. the transfer was made with the intent to hinder, delay, or defraud both Plaintiffs and Defendant Judgment Debtor's other creditors;

    b. Plaintiffs held the status as a present creditor at the time of the transfer;

    c. the transfer was made without the Defendant Judgment Debtor receiving reasonably equivalent value in exchange for the property, and Defendant Judgment Debtor was insolvent when the transfer was made; and

    d. the transfer was made to an insider for an antecedent debt, Defendant Judgment Debtor was insolvent at the time, and Defendant Transferees had reasonable cause to believe that Defendant Judgment Debtor was insolvent.

29. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

30. *Attorney's Fees.* Plaintiff found it necessary to employ the undersigned attorney to file suit. Plaintiff is entitled to recover all reasonable and necessary attorneys fees, including those incurred through appeal. Tex. Bus. & Com. C. § 24.013.

31.    *Exemplary Damages.* Plaintiffs would show that, under Tex. Civ. Prac. & Rem. C. § 41.001 *et seq,* they are entitled to exemplary damages because Defendants acted knowingly and intentionally, and with fraud, malice, or gross negligence.

32.    *Prayer.*        Plaintiffs pray that-

a.    Defendant Judgment Debtor and Defendant Transferees be cited to appear and answer;

b.    Plaintiffs be granted judgment against Defendant Judgment Debtor and Transferees in an amount in excess the minimum jurisdiction of this Court;

c.    the Court enter judgment that the transfer of the above-described property from Defendant Judgment Debtor to Defendant Transferees was void with respect to Plaintiffs;

d.    the Court enter its decree setting aside and canceling the conveyance of the above-described property as fraudulent;

e.    Plaintiffs be granted judgment for prejudgment and postjudgment interest as allowed by law, including interest from the date of the original judgment against Defendant Judgment Debtor;

f.    Plaintiffs be granted judgment for exemplary damages in an amount to be determined by the trier of fact;

g.    Plaintiffs be granted judgment for all reasonable and necessary attorney's fees through appeal;

h.    Plaintiffs be granted judgment for all costs of court; and

i.    Plaintiffs be granted all further relief to which Plaintiffs may be entitled.

Respectfully submitted,

King & King, P.C.
2110 Fort Worth Highway
Weatherford, Texas 76086
Tel. (817)596-8100
Fax. (817)596-8375
phil@philking.com


By: _____
    Phil King
    Texas Bar No. 00789798
    Joshua W. Carden
    Texas Bar No. 24050379
    Attorneys for Plaintiffs
    Les Bailey and L.A.B. Project Resource
    Group, Inc.



State of Texas }
County of Parker }
I certify that the foregoing, consisting of ____ pages, is a true, correct and complete copy of the instrument of record in my possession. This ____ day of _____ 20 ___
ELVERA M. JOHNSON, DISTRICT CLERK
By _____ Deputy

# The State of Texas



Citations Unit
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-6616
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

May 8, 2006

| 2006-121278 |
| Include reference number in all correspondence |

Phil King
King & King PC
2110 Fort Worth Highway
Weatherford, TX 76086

RE: Les Bailey And L A B Project Resource Group Inc Vs Rapid Mat LLC et al
   415th Judicial District Court Of Parker County, Texas
   Cause No: CV060802

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Louis S. Villarreal
Citations Unit

Enclosure

State of Texas }
County of Parker }

I certify that the foregoing, consisting of ___ pages, is a true, correct and complete copy of the instrument of record in my possession. This ___ day of ___ 20__

ELVERA M. JOHNSON, DISTRICT CLERK

By _____ Deputy

# The State of Texas

## Secretary of State

2006-121278-3

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Original Petition for Fraudulent Transfer Action  in the cause styled:

> Les Bailey And L A B Project Resource Group Inc Vs Rapid Mat LLC et al
> 415th Judicial District Court Of Parker County, Texas
> CV060802

was received by this office on April 24, 2006,  and that a copy was forwarded on April 26, 2006, by CERTIFIED MAIL, return receipt requested to:

> William Keys
> 547 New Park Ave
> West Hartford , CT 06110

The RETURN RECEIPT was received in this office dated May 4, 2006,  bearing the Signature Of Addressee's  Agent.

RECEIVED AND FILED
FOR RECORD
AT 11:04 O'CLOCK  A  M

MAY 1 1 2006

ELVERA M. JOHNSON, District Clerk
PARKER COUNTY TEXAS
By _____

Date issued: May 8, 2006

_____
Roger Williams
Secretary of State

ST\lsv

THE STATE OF TEXAS

TO:   WILLIAM M. KEYS          BY SERVING:        The Office Of The Secretary Of State
      547 New Park Avenue                          State Of Texas
      West Hartford, CT 06110                       Statutory Documents Section-Citations Unit
                                                    P.O. Box 12079
                                                    Austin, Texas 78711-2079

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition with the District Clerk, who is the Clerk for the 415th Judicial District Court in and for Parker County on or before 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, said Court being located on the 1st floor of the District Courts Building, 117 Fort Worth Hwy., Weatherford, Texas, 76086. <u>NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.</u>

The suit is numbered **CV06-0802**, was filed in the **415th Judicial District Court** on **April 18th 2006** and is styled

<u>LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP,INC.</u> _____ ,Plaintiff(s)

vs.

<u>RAPID MAT,LLC, COLT DEFENSE,LLC, COLT RAPID MAT,LLC, ROBERT TIMOTHY TAPP</u>

<u>AND WILLIAM M. KEYS</u> _____ ,Defendant(s)

And being the parties in the suit. The nature of the suit is shown in the copy of the attached petition.

NAME & ADDRESS OF <u>PETITIONER'S</u> ATTORNEY:          WITNESS:  ELVERA M. JOHNSON, District Clerk,
<u>PHIL KING</u>                                          Parker County, Texas. Issued and given under my hand and
                                                        seal of said Court this the

<u>2110 FT. WORTH HWY</u>                                18th day of April 2006

<u>WEATHERFORD, TX 76086</u>                            By _____

                                                                                Deputy

ADDRESS OF District Clerk:
District Courts Building
117 Fort Worth Hwy.
PO Box 2050
Weatherford, Texas 76086-2050

*************************************************************************************************

OFFICER'S RETURN BY MAILING

Came to hand the __18th__ day of __April__ __2006__ at _3:00_ o

mail No. _____7004 0750 0000 7527 3661_____ , return re

together with the accompanying copy of Plaintiff's petition to th

WILLIAM M. KEYS                     BY SERV
547 New Park Avenue
West Hartford, CT 06110

Return receipt incorporated herein and attached heret





THE STATE OF TEXAS

| | | |
|---|---|---|
| TO: | RAPID MAT, LLC<br>816 Connecticut Avenue,N.W.<br>Washington, DC 20006 | BY SERVING: | The Office Of The Secretary Of State<br>State Of Texas<br>Statutory Documents Section-Citations Unit<br>P.O. Box 12079<br>Austin, Texas 78711-2079 |

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition with the District Clerk, who is the Clerk for the 415th Judicial District Court in and for Parker County on or before 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, said Court being located on the 1st floor of the District Courts Building, 117 Fort Worth Hwy., Weatherford, Texas, 76086. NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV06-0802**, was filed in the **415th Judicial District Court** on April 18th 2006 and is styled

LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP,INC.                         ,Plaintiff(s)

vs.

RAPID MAT,LLC, COLT DEFENSE,LLC, COLT RAPID MAT,LLC, ROBERT TIMOTHY TAPP

AND WILLIAM M. KEYS                              ,Defendant(s)

And being the parties in the suit. The nature of the suit is shown in the copy of the attached petition.

NAME & ADDRESS OF PETITIONER'S ATTORNEY:
PHIL KING

2110 FT. WORTH HWY.

WEATHERFORD, TX 76086

ADDRESS OF District Clerk:
District Courts Building
117 Fort Worth Hwy.
PO Box 2050
Weatherford, Texas 76086-2050

WITNESS:  ELVERA M. JOHNSON, District Clerk, Parker County, Texas. Issued and given under my hand and seal of said Court this the

18th day of April 2006

By _____
                                    Deputy

****************************************************************************
OFFICER'S RETURN BY MAILING

Came to hand the ___18th___ day of _April___ 2006 at _3:00___ o'clo...

THE STATE OF TEXAS

TO: ROBERT TIMOTHY TAPP      BY SERVING:      The Office Of The Secretary Of State
     1066 31st Street NW                                  State Of Texas
     Canal Square, Suite 150                          Statutory Documents Section-Citations Unit
     Washington, DC 20007                          P.O. Box 12079
                                                         Austin, Texas 78711-2079

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition with the District Clerk, who is the Clerk for the 415th Judicial District Court in and for Parker County on or before 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, said Court being located on the 1st floor of the District Courts Building, 117 Fort Worth Hwy., Weatherford, Texas, 76086. NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV06-0802**, was filed in the **415th Judicial District Court** on **April 18th 2006** and is styled

LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP,INC.                  ,Plaintiff(s)

vs.

RAPID MAT,LLC, COLT DEFENSE,LLC, COLT RAPID MAT,LLC, ROBERT TIMOTHY TAPP

AND WILLIAM M. KEYS                                          ,Defendant(s)

And being the parties in the suit. The nature of the suit is shown in the copy of the attached petition.

NAME & ADDRESS OF PETITIONER'S ATTORNEY:      WITNESS: ELVERA M. JOHNSON, District Clerk,
PHIL KING                                             Parker County, Texas. Issued and given under my hand and
                                                   seal of said Court this the
2110 FT. WORTH HWY.

WEATHERFORD, TX 76086                                  18th day of April 2006
                                                   By
ADDRESS OF District Clerk:                                             Deputy
District Courts Building
117 Fort Worth Hwy.
PO Box 2050
Weatherford, Texas 76086-2050

*********************************************************************************
OFFICER'S RETURN BY MAILING

Came to hand the ___18th___ day of _April___ 2006 at _3:00_ o'clock P.M. and executed at by mailing to the defendant certified

mail No. 7004 0750 0000 7527 2654

THE STATE OF TEXAS

TO:    COLT DEFENSE, LLC
       Steven M. Greenspan
       Day, Berry & Howard,LLP, City Place I
       Hartford, CT. 06103

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition with the District Clerk, who is the Clerk for the 415th Judicial District Court in and for Parker County on or before 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, said Court being located on the 1st floor of the District Courts Building, 117 Fort Worth Hwy, Weatherford, Texas, 76086.  NOTICE: YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV06-0802** was filed in the **415th Judicial District Court** on **April 18th, 2006** and styled

LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP,INC.    ,Plaintiff(s)

vs.

RAPID MAT,LLC, COLT DEFENSE,LLC, COLT RAPID MAT,LLC, ROBERT TIMOTHY TAPP

AND WILLIAM M. KEYS    ,Defendant(s)

And being the parties in the suit.  The nature of the suit is shown in the copy of the attached petition.

NAME & ADDRESS OF PLAINTIFF'S ATTORNEY:

PHIL KING
2110 FORT WORTH HIGHWAY
WEATHERFORD, TX 76086
817.596.8987

ADDRESS OF District Clerk:
District Courts Building
117 Fort Worth Hwy
PO Box 2050
Weatherford, Texas 76086-2050

WITNESS:   ELVERA M. JOHNSON, District Clerk, Parker County, Texas. Issued and given under my hand and seal of said Court this the

18th day of April 2006.

By _____
          Deputy

*********************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN

Received this citation on the_____ day of _____, 2006 at _____ o'clock ___.m. and executed at

_____, within the County of _____, State of _____ on the

_____ day of _____, 2006, at _____ o'clock ___.m by delivering to the within named _____

_____

_____ a true copy of this citation together with the accompanying copy of Plaintiff's petition, having first endorsed on same the

THE STATE OF TEXAS

TO:   COLT RAPID MAT, LLC
       Steven M. Greenspan
       Day, Berry & Howard, LLP, City Place I
       Hartford, CT. 06103

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition with the District Clerk, who is the Clerk for the 415th Judicial District Court in and for Parker County on or before 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, said Court being located on the 1st floor of the District Courts Building, 117 Fort Worth Hwy, Weatherford, Texas, 76086. NOTICE: YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

The suit is numbered **CV06-0802** was filed in the **415th Judicial District Court** on **April 18th, 2006** and styled

LES BAILEY AND L.A.B. PROJECT RESOURCE GROUP, INC. _____ ,Plaintiff(s)

vs.

RAPID MAT, LLC, COLT DEFENSE, LLC, COLT RAPID MAT, LLC, ROBERT TIMOTHY TAPP

AND WILLIAM M. KEYS _____ ,Defendant(s)

And being the parties in the suit.  The nature of the suit is shown in the copy of the attached petition.

NAME & ADDRESS OF PLAINTIFF'S ATTORNEY:

PHIL KING
2110 FORT WORTH HIGHWAY
WEATHERFORD, TX 76086
817.596.8987

ADDRESS OF District Clerk:
District Courts Building
117 Fort Worth Hwy
PO Box 2050
Weatherford, Texas 76086-2050

WITNESS:   ELVERA M. JOHNSON, District Clerk, Parker County, Texas. Issued and given under my hand and seal of said Court this the

18th day of April 2006.

By _____

       Deputy

*********************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN

Received this citation on the_____ day of _____, 2006 at _____ o'clock __.m. and executed at

_____, within the County of _____, State of _____ on the

_____ day of _____, 2006, at _____ o'clock __.m by delivering to the within named ____

_____

_____ a true copy of this citation together with the accompanying copy of Plaintiff's petition, having  first endorsed on same the

NO. CV06-0802

| | | |
|---|---|---|
| LES BAILEY AND<br>L.A.B. PROJECT RESOURCE<br>GROUP, INC., | § <br> § <br> § <br> § | IN THE DISTRICT COURT |
| **Plaintiffs,** | § <br> § <br> § | |
| **vs.** | § <br> § <br> § | 415th JUDICIAL DISTRICT |
| RAPID MAT, LLC, COLT DEFENSE,<br>LLC, COLT RAPID MAT, LLC,<br>ROBERT TIMOTHY TAPP, AND<br>WILLIAM M. KEYS, | § <br> § <br> § <br> § | OF PARKER COUNTY, TEXAS |
| **Defendants.** | § | |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendants Colt Defense, LLC, Colt Rapid Mat, LLC, Robert Timothy Tapp, and William M. Keys notify the Court and all parties that, on May 18, 2006, the attached Notice of Removal was filed in the United States District Court for the Northern District of Texas, Fort Worth Division.

**NOTICE OF FILING NOTICE OF REMOVAL**                    **Page 1**



Dated:  May 18, 2006                          Respectfully submitted,


By:  _____
     Craig B. Florence, Attorney-in-charge
     Texas Bar No. 07158010
     Barry Golden
     Texas Bar No. 24002149
     1601 Elm Street
     3000 Thanksgiving Tower
     Dallas, Texas 75201-4761
     (214) 999-3000 (telephone)
     (214) 999-4667 (facsimile)
     CFolorence@gardere.com (e-mail)
     BGolden@gardere.com (e-mail)
     **ATTORNEYS FOR DEFENDANTS**
     **COLT DEFENSE, LLC,**
     **COLT RAPID MAT, LLC,**
     **ROBERT TIMOTHY TAPP, AND**
     **WILLIAM M. KEYS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded via facsimile and certified mail, return receipt requested, to counsel for the Plaintiffs, Phil King, King & King, P.C., 2110 Fort Worth Highway, Weatherford, Texas 76086, and to counsel of record for each Defendant as indicated below on this 18th day of May 2006.

WIENER, WEISS & MADISON, P.C.                                 **Regular Mail**
R. Joseph Naus
333 Texas Street, Suite 2350
P.O. Box 21990
Shreveport, Louisiana 71120-1990
(318) 213-9244
*Attorneys for Defendant Rapid Mat, LLC*

Craig B. Florence



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LES BAILEY AND
L.A.B. PROJECT RESOURCE
GROUP, INC.

      Plaintiffs,

vs.

RAPID MAT, LLC, COLT DEFENSE,
LLC, COLT RAPID MAT, LLC,
ROBERT TIMOTHY TAPP, AND
WILLIAM M. KEYS,

      Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL CASE NO. _____

## CERTIFICATE OF INTERESTED PERSONS OF DEFENDANTS COLT DEFENSE, LLC, COLT RAPID MAT, LLC, ROBERT TIMOTHY TAPP AND WILLIAM M. KEYS

Other than the named parties, no person has a direct financial interest in the outcome of this civil action except for those persons and/or entities listed as members of the parties in the Notice of Removal to which this Certificate of Interested Persons is attached.



Dated: May 18, 2006                    Respectfully submitted,

                                       By:    _L·B·Jl_____
                                              Craig B. Florence, Attorney-in-charge
                                              Texas Bar No. 07158010
                                              Barry Golden
                                              Texas Bar No. 24002149
                                              1601 Elm Street
                                              3000 Thanksgiving Tower
                                              Dallas, Texas 75201-4761
                                              (214) 999-3000 (telephone)
                                              (214) 999-4667 (facsimile)
                                              CFlorence@gardere.com (e-mail)
                                              BGolden@gardere.com (e-mail)
                                              **ATTORNEYS FOR DEFENDANTS
                                              COLT DEFENSE, LLC,
                                              COLT RAPID MAT, LLC,
                                              ROBERT TIMOTHY TAPP, AND
                                              WILLIAM M. KEYS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served upon

the following on this 18th day of May 2006.

Phil King                                              **Via First-Class Mail**
King & King, P.C.
2110 Fort Worth Highway

**NOTICE OF REMOVAL
PAGE 2**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was served upon

the following on this 18th day of May 2006.

Phil King                                                      **Via First-Class Mail**
King & King, P.C.
2110 Fort Worth Highway
Weatherford, Texas 76086
**Attorneys for Plaintiffs**
**Les Bailey and L.A.B. Project Resource Group, Inc.**


R. Joseph Naus
Weiner, Weiss & Madison, P.C.
333 Texas Street, Suite 2350
P.O. Box 21990
Shreveport, Louisiana 71120-1990
(318) 213-9244
**Attorneys for Defendant**
**Rapid Mat, LLC**



_L·B.7L_
CRAIG B. FLORENCE

**NOTICE OF REMOVAL**
**PAGE 3**
DALLAS 1657293v1



**JS 44** (Rev. 11/04)
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Bailey, Les<br>L.A.B. Project Resource Group, Inc. | (See Attachment) |

**(b)** County of Residence of First Listed Plaintiff    Parker County, Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Fairfax, Virginia
(IN U.S. PLAINTIFF CASES ONLY)
NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
(See Attachment)

Attorneys (If Known)
(See Attachment)

RECEIVED
MAY 18 2006
DROP BOX
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4-06CV-344-Y

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
    Plaintiff

☐ 3  Federal Question
    (U.S. Government Not a Party)

☐ 2  U.S. Government
    Defendant

☒ 4  Diversity
    (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. §§ 1332, 1367, 1441, 1446

Brief description of cause: Recovery of Alleged Fraudulent Transfer Pursuant To Texas Uniform Fraudulent Transfer Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE        DOCKET NUMBER

DATE    5/18/06

SIGNATURE OF ATTORNEY OF RECORD    L.B.31

FOR OFFICE USE ONLY

RECEIPT # 56300    AMOUNT 350.00    APPLYING IFP    JUDGE Y    MAG. JUDGE

# ATTACHMENT TO CIVIL COVER SHEET

I.(a) DEFENDANTS:

> Robert T. Tapp
> William M. Keys
> Colt Defense, LLC
> Colt Rapid Mat, LLC
> Rapid Mat, LLC

I.(c) ATTORNEYS FOR PLAINTIFFS:

> Phil King (No. 00789798)
> King & King, P.C.
> 2110 Fort Worth Highway
> Weatherford, Texas 76086
> (817) 596-8100

> Joshua W. Carden (No. 24050379)
> King & King, P.C.
> 2110 Fort Worth Highway
> Weatherford, Texas 76086
> (817) 596-8100

I.(c) ATTORNEYS FOR DEFENDANTS:

> Craig Florence (No. 07158010)
> Gardere Wynne Sewell, LLP
> 1601 Elm Street
> 3000 Thanksgiving Tower
> Dallas, Texas 75201-4761
> (214) 999-3000

> Barry Golden (No. 24002149)
> Gardere Wynne Sewell, LLP
> 1601 Elm Street
> 3000 Thanksgiving Tower
> Dallas, Texas 75201-4761
> (214) 999-3000

> R. Joseph Naus
> Wiener, Weiss & Madison, P.C.
> 333 Texas Street, Suite 2350
> P.O. Box 21990
> Shreveport, Louisiana 71120-1990
> (318) 213-9244

## ATTACHMENT TO CIVIL COVER SHEET

### III. CITIZENSHIP OF PRINCIPAL PARTIES

Plaintiffs:

| | |
|---|---|
| Les Bailey | 1. Citizen of This State |
| L.A.B. Project Resource Group, Inc. | 1. Citizen of This State |

Defendants:

| | |
|---|---|
| Robert T. Tapp | 2. Citizen of Another State |
| William M. Keys | 2. Citizen of Another State |
| Colt Defense, LLC | 2. Citizen of Another State |
| Colt Rapid Mat, LLC | 2. Citizen of Another State |
| Rapid Mat, LLC | 2. Citizen of Another State |

DALLAS 1657911v1

JS 44 Reverse  (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.      (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.      Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.      Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.      Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.      Origin.** Place an "X" in one of the seven boxes.

Original Proceedings (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.      Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**                     Example: U.S. Civil Statute: 47 USC 553
                                   Brief Description: Unauthorized reception of cable service

**VII.      Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.      Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**United States District Court**
**Northern District of Texas**

## Supplemental Civil Cover Sheet For Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S.
District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number
   assigned to the case in that court.

   | **Court** | **Case Number** |
   |---|---|
   | 415th Judicial District Court<br>of Parker County, Texas | CV06-0802 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s),
   Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their
   party type. Also, please list the attorney(s) of record for each party named and include their
   bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |---|---|
   | Les Bailey (Plaintiff) | Phil King (No. 00789798)<br>Joshua W. Carden (No. 24050379)<br>King & King, P.C.<br>2110 Fort Worth Highway<br>Weatherford, Texas 76086<br>(817) 596-8100 |
   | L.A.B. Project Resource Group, Inc. (Plaintiff) | Phil King (No. 00789798)<br>Joshua W. Carden (No. 24050379)<br>King & King, P.C.<br>2110 Fort Worth Highway<br>Weatherford, Texas 76086<br>(817) 596-8100 |
   | Rapid Mat, LLC (Defendant) | R. Joseph Naus<br>Wiener, Weiss & Madison, APC<br>333 Texas Street, Suite 2350<br>P.O. Box 21990<br>Shreveport, Louisiana 71120-1990<br>(318) 213-9244 |

**Supplemental Civil Cover Sheet**
**Page 2**

Colt Defense, LLC (Defendant)

Craig Florence (No. 07158010)
Barry Golden (No. 24002149)
Gardere Wynne Sewell, LLP
1601 Elm Street
3000 Thanksgiving Tower
Dallas, Texas 75201-4761
(214) 999-3000

Colt Rapid Mat, LLC (Defendant)

Craig Florence (No. 07158010)
Barry Golden (No. 24002149)
Gardere Wynne Sewell, LLP
1601 Elm Street
3000 Thanksgiving Tower
Dallas, Texas 75201-4761
(214) 999-3000

Robert Timothy Tapp (Defendant)

Craig Florence (No. 07158010)
Barry Golden (No. 24002149)
Gardere Wynne Sewell, LLP
1601 Elm Street
3000 Thanksgiving Tower
Dallas, Texas 75201-4761
(214) 999-3000

William M. Keys (Defendant)

Craig Florence (No. 07158010)
Barry Golden (No. 24002149)
Gardere Wynne Sewell, LLP
1601 Elm Street
3000 Thanksgiving Tower
Dallas, Texas 75201-4761
(214) 999-3000

**Supplemental Civil Cover Sheet**
**Page 3**

3.    **Jury Demand:**

       Was a Jury Demand made in State Court?          ☐ Yes       ☑ No

       If "*Yes,*" by which party and on what date?

       _____          _____
       Party                                                                    Date

4.    **Answer:**

       Was an Answer made in State Court?              ☐ Yes       ☑ No

       If "*Yes,*" by which party and on what date?

       _____          _____
       Party                                                                    Date

5.    **Unserved Parties:**

       The following parties have not been served at the time this case was removed:

               **Party**                                      **Reason(s) for No Service**

               None

6.    **Nonsuited, Dismissed or Terminated Parties:**

       Please indicate any changes from the style on the State Court papers and the reason for that
       change:

               **Party**                                      **Reason**

               None

**Supplemental Civil Cover Sheet**
**Page 4**

7.    **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Les Bailey (Plaintiff) | Recovery of Fraudulent Transfer<br>Attorney Fees<br>Exemplary Damages |
| L.A.B. Project Resource Group, Inc. | Recovery of Fraudulent Transfer<br>Attorney Fees<br>Exemplary Damages |

DALLAS 1657213v1